ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jul 30, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CHARLES HENRICHSEN, a.k.a. Charles Perry, a.k.a. Charles Phillip Perry, a.k.a. Joseph Charles Phillip Henrichsen, and<br>PHOENIX HENRICHSEN,<br><br>Defendants. | CASE NO. 2:26-cr-00138 DAD<br><br>18 U.S.C. § 1201(a)(5) – Kidnapping a Federal Employee (Two Counts); 18 U.S.C. § 111(b) – Assaulting a Federal Employee with a Deadly or Dangerous Weapon (Two Counts); 18 U.S.C. § 924(c)(1)(A)(ii) – Brandishing a Firearm During and In Relation to a Crime of Violence (Two Counts); 18 U.S.C. § 111(a) – Assaulting a Federal Officer; 18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 1201 – Kidnapping a Federal Employee]

The Grand Jury charges: T H A T

JOSEPH CHARLES HENRICHSEN and
PHOENIX HENRICHSEN,

defendants herein, beginning on or about July 16, 2026, and continuing to on or about July 17, 2026, in the County of Siskiyou, State and Eastern District of California, did unlawfully seize, confine, kidnap, abduct, and carry away Victim 1, an employee of the United States Forest Service, while Victim 1 was engaged in and on account of the performance of Victim 1's official duties, in violation of Title 18, United States Code, Sections 2 and 1201(a)(5).

COUNT TWO: [18 U.S.C. § 111(a)(1), (b) – Assault on a Federal Employee with a Deadly or Dangerous Weapon]

The Grand Jury further charges: T H A T

JOSEPH CHARLES HENRICHSEN,

defendant herein, on or about July 16, 2026, in the County of Siskiyou, State and Eastern District of California, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Victim 1, an employee of the United States Forest Service, while Victim 1 was engaged in and on account of Victim 1's official duties, and in the commission of the offense did use a deadly and dangerous weapon, specifically, a firearm, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

COUNT THREE: [18 U.S.C. § 924(c) – Brandishing a Firearm During and in Relation To a Crime of Violence]

The Grand Jury further charges: T H A T

JOSEPH CHARLES HENRICHSEN,

defendant herein, on or about July 16, 2026, in the County of Siskiyou, State and Eastern District of California, knowingly possessed and brandished a firearm, specifically, a .308 caliber AR-10 rifle, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, specifically, the crime charged in Count Two of this indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

COUNT FOUR: [18 U.S.C. § 1201 – Kidnapping a Federal Employee]

The Grand Jury further charges: T H A T

JOSEPH CHARLES HENRICHSEN and
PHOENIX HENRICHSEN,

defendants herein, beginning on or about July 16, 2026, and continuing to on or about July 17, 2026, in the County of Siskiyou, State and Eastern District of California, did unlawfully seize, confine, kidnap, abduct, and carry away Victim 2, an employee of the United States Forest Service, while Victim 2 was engaged in and on account of the performance of Victim 2's official duties, in violation of Title 18 United States Code, Section 2 and 1201(a)(5).

//

COUNT FIVE: [18 U.S.C. § 111(a)(1), (b) – Assault on a Federal Employee with a Deadly or Dangerous Weapon]

The Grand Jury further charges: T H A T

JOSEPH CHARLES HENRICHSEN,

defendant herein, on or about July 16, 2026, in the County of Siskiyou, State and Eastern District of California, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Victim 2, an employee of the United States Forest Service, while Victim 2 was engaged in and on account of Victim 2's official duties, and in commission of the offense did use a deadly and dangerous weapon, specifically, a firearm, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

COUNT SIX: [18 U.S.C. § 924(c) – Brandishing a Firearm During and in Relation To a Crime of Violence]

The Grand Jury further charges: T H A T

JOSEPH CHARLES HENRICHSEN,

defendant herein, on or about July 16, 2026, in the County of Siskiyou, State and Eastern District of California, knowingly brandished a firearm, specifically, a .308 caliber AR-10 rifle, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, specifically, the crime charged in Count Five of this indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

COUNT SEVEN: [18 U.S.C. § 111(a) – Assault on a Federal Officer]

The Grand Jury further charges: T H A T

JOSEPH CHARLES HENRICHSEN,

defendant herein, on or about July 16, 2026, in the County of Siskiyou, State and Eastern District of California, forcibly assaulted Special Agent 1, a federal law enforcement officer employed by the Federal Bureau of Investigation, while Special Agent 1 was engaged in and on account of his official duties, in violation of Title 18, United States Code, Section 111(a).

//

//

//

FORFEITURE ALLEGATION: [18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Four of this Indictment, defendants JOSEPH CHARLES HENRICHSEN and PHOENIX HENRICHSEN shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violations, including but not limited to the following:

a. A sum of money equal to the total amount of proceeds traceable to such offenses, for which defendants are convicted.

2. Upon conviction of one or more of the offenses alleged in Counts Three and Six of this Indictment, defendant JOSEPH CHARLES HENRICHSEN shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses alleged in Counts One, Three, Four, and Six of this Indictment.

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One, Three, Four, and Six of this Indictment, for which defendants are convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

//

//

//

//

//

//

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

ERIC GRANT

ERIC GRANT
United States Attorney

*No.* 2:26-cr-00138 DAD

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

JOSEPH CHARLES HENRICHSEN and
PHOENIX HENRICHSEN

**NO PROCESS NECESSARY**

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1201(a)(5) – Kidnapping a Federal Employee (Two Counts);
18 U.S.C. § 111(b) – Assaulting a Federal Employee with a Deadly or Dangerous Weapon (Two Counts);
18 U.S.C. § 924(c)(1)(A)(ii) – Brandishing a Firearm in Furtherance of a Crime of Violence (Two Counts);
18 U.S.C. § 111(a) – Assaulting a Federal Officer;
18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,* /s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* 30th *day*

*of* July, *A.D. 20* 26

/s/ J. Murphy

*Clerk.*

**NO PROCESS NECESSARY**

Carolyn K. Delaney

GPO 863 525

**United States v.**
**JOSEPH CHARLES HENRICHSEN and**
**PHOENIX HENRICHSEN**
**Penalties for Indictment**

**COUNTS 1 and 4:** **All Defendants**

VIOLATION: 18 U.S.C. § 1201(a)(5) – Kidnapping a Federal Employee

PENALTIES: Maximum of life in prison (per count)
Fine of up to $250,000; or both fine and imprisonment
Up to a five-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNTS 2 and 5:** **JOSEPH CHARLES HENRICHSEN**

VIOLATION: 18 U.S.C. § 111(b) – Assault on a Federal Employee Using a Deadly Weapon

PENALTIES: Maximum of 20 years in prison (per count)
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNTS 3 and 6:** **JOSEPH CHARLES HENRICHSEN**

VIOLATION: 18 U.S.C. § 924(c) – Brandishing a Firearm During a Crime of Violence

PENALTIES: Mandatory minimum of seven years in prison (per count) to run consecutive to sentence imposed on all other counts
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 7:** **JOSEPH CHARLES HENRICHSEN**

VIOLATION: 18 U.S.C. § 111(a)(1) – Assault on a Federal Officer

PENALTIES: Maximum of one year in prison
Fine of up to $100,000; or both fine and imprisonment

Up to a one-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**<u>FORFEITURE ALLEGATION:</u> ALL DEFENDANTS**

VIOLATION: 18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document